UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Keith Thompson *and* <br> Tracy Thompson <br>     *Plaintiffs* <br><br> v. <br><br> Credence Resource Management, LLC *et al.* <br>     *Defendants* | Case No. 3:21-cv-00143-RGJ-RSE |

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT I.C. SYSTEM, INC.

Plaintiffs Keith Thompson and Tracy Thompson and Defendant I.C. System, Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against I.C. System, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiffs Keith Thompson and Tracy Thompson's claims against Defendant I.C. System, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed. This Order does not affect, and is not intended to affect, Plaintiffs' claims against any other defendant in this action.

October 19, 2021

Rebecca Grady Jennings, District Judge
United States District Court

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Keith and Tracy Thompson*

/s/ Boyd W. Gentry (by permission)
Boyd W. Gentry
*Law Office of Boyd W. Gentry, LLC*
4031 Colonel Glenn Highway, First Floor
Beavercreek, OH 45431
Tel:   (937) 839-2881
Fax:   (800) 839-5843
bgentry@boydgentrylaw.com
*Counsel for Defendant*
*I.C. System, Inc.*