**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Keith Thompson *and* Tracy Thompson )<br>*Plaintiffs* )<br> )<br>v. )<br> )<br>Credence Resource Management, LLC *et al.* )<br>*Defendants* ) | Case No.  3:21-cv-00143-RGJ-RSE |

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs Keith Thompson and Tracy Thompson and Defendant Experian Information Solutions, Inc., having jointly stipulated that this case be dismissed with prejudice as to all claims against Experian Information Solutions, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiffs Keith Thompson and Tracy Thompson's claims against Defendant Experian Information Solutions, Inc. in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.

November 23, 2021

Rebecca Grady Jennings, District Judge
United States District Court

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiffs*
*Keith and Tracy Thompson*

/s/ Christopher P. Farris (by permission)
Christopher P. Farris
*Billings Law Firm, PLLC*
145 Constitution Street
Lexington, KY 40507
Tel:    (859) 225-5240
Fax:    (859) 225-5241
cpfarris@blfky.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*